```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
    UNITED STATES OF AMERICA,             :    S1 18Cr0041-015
                                          :         (DLC)
               -v-                        :
                                          :         ORDER
                                          :
    DEONTE MORRISON,                      :
                         Defendant.       :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On March 31, 2020, defense counsel filed a letter on the public docket that he requested be filed under seal. The same day, the Court removed the letter from the public docket. Accordingly, it is hereby

ORDERED that defense counsel shall email any documents requested to be filed under seal to: CoteNYSDchambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that defense counsel shall not file on the public docket any documents requested to be filed under seal.

Dated:   New York, New York
         April 1, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge