```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :    18Cr0041-015 (DLC)
  UNITED STATES OF AMERICA,              :
                                         :         ORDER
              -v-                        :
                                         :
  DEONTE MORRISON,                       :
                         Defendant.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On March 31, 2020, the defendant requested that he be released pending his sentencing on account of the COVID-19 pandemic. On April 2, the Government opposed the defendant's application. The defendant and the Government request that their submissions be kept under seal. Accordingly, it is hereby

ORDERED that the parties' request to file their submissions under seal is granted.

IT IS FURTHER ORDERED that the defendant's application to be released pending his sentencing is denied. The defendant has failed to show by clear and convincing evidence that he does not pose a risk of danger to the community. See 18 U.S.C. § 3413.

Dated:    New York, New York
          April 2, 2020

                                          _____
                                          DENISE COTE
                                          United States District Judge