```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :   18cr41-15(DLC)
                                        :
            -v-                         :   ORDER
                                        :
DEONTE MORRISON,                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that Probation shall prepare Presentence Report for this defendant.

IT IS FURTHER ORDERED the sentencing in this matter shall take place on **October 21, 2022, at 2:00 PM** in **Courtroom 18B**, 500 Pearl Street.

IT IS FURTHER ORDERED that the Government's submissions regarding sentence shall be filed no later than **October 7**, and the defendant's submissions shall be filed by **October 14**.

SO ORDERED:

Dated:   New York, New York
         July 5, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge