UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    18cr41-15 (DLC)
                                        :
            -v-                         :    ORDER
                                        :
DEONTE MORRISON,                        :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

　　With consent of counsel for the Government and the defendant, it is hereby

　　ORDERED that the following documents shall be unsealed and docketed:

　　1) Sealing envelope #279: Defendant's Waiver of Indictment, the S8 Information, and the minute entry of the June 7, 2019 change of plea hearing.

　　IT IS FURTHER ORDERED that all other previously sealed documents remain sealed.

　　SO ORDERED:

Dated:    New York, New York
          November 2, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge